UNITED STATES DISTRICT
COURT
EASTERN DISTRICT OF
CALIFORNIA

**FILED**

MAY 2 1 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ANTREL VONICCRE BROWN
ISLAMIC ALI
#367927

PLAINTIFF

2:20-CV-1040 DB  PC

-VS-

DUST DETENTION INTERNATIONAL
STATE OF MICHIGAN
MICHIGAN DEPT OF CORRECTIONS
ET, Cel

DEFENDANTS

SUMMONS IN A CIVIL
ACTION

TO:

→ JUST DETENTION INTERNATIONAL
CYNTHIA TOTEN, ESQ
#199266
3325 WILSHIRE BLVD
SUITE 340
LOS ANGELES, CA 90010

OPERATIONS DIRECTOR
LEELYN AQUINO
3325 WILSHIRE BLVD,
SUITE 340
LOS ANGELES, CA 90010

VANESSA CHOE
CHRIS CHOE
GLENN CHOE
THAD CHOE
-N-
NICOLE CHOE

PERSONNEL
→ JUST DETENTION INTERNATIONAL
3325 WILSHIRE BLVD
SUITE 340
LOS ANGELES, CA 90010

2

LINDA MCFARLANE
DEPUTY EXECUTIVE DIRECTOR
lmcfarlane@justdetention.org

MICHIGAN DEPARTMENT OF
CORRECTIONS
DIRECTOR
HEIDI E. WASHINGTON
P.O. BOX 30003
LANSING, MICHIGAN 48909

C.A. CARLSON
PREA MANAGER
carlsonc2@michigan.gov
P.O. BOX 30003
LANSING, MI 48909

THE STATE OF MICHIGANS
REPRESENTATIVE IS THE
ATTORNEY GENERAL DANA
NESSEL.

A LAWSUIT HAS BEEN FILED
AGAINST YOU.

WITHIN 21 DAYS AFTER SERVICE
OF THIS SUMMONS ON YOU
(NOT COUNTING THE DAY

3

YOU RECEIVED IT) — OT
60 DAYS IF YOU ARE THE UNITED
STATES OT A UNITED STATES
AGENCY, OT AN OFFICER OT EMPLO-
YEE OT THE UNITED STATES
DESCRIBED IN FEED. R. CIV.
P. 12 (A)(2) OT (3) — YOU MUST
SERVE ON THE PLAINTIFF AN S ANSWER
TO THE ATTACHED COMPLAINT OT
A MOTION UNDER RULE 12 OT
THE FEDERAL RULES OT CIVIL
PROCEEDURE. THE ANSWER OT MOTION
MUST BE SERVED ON THE PLAINTIFF
OT PLAINTIFFS ATTORNEY, WHOSE
NAME AND ADDRESS ARE:

ANDREW UNIQUE BROWN
ISLAMIC ALI
#367927
MACOMB CORRECTIONAL FACILITY
34625 26MILE RD
LENOX TOWNSHIP, MI 48048

IF YOU FAIL TO RESPOND, JUDGM-
ENT BY DEFAULT WILL BE ENTERED
AGAINST YOU FOR THE RELIEF DEMAND-
ED IN THE COMPLAINT. YOU ALSO
MUST FILE YOUR ANSWER                4

OF MOTION WITH THE COURT.

DATE : 4·17·2020

SIGNED
BY
ANTRELL V. BROWN (ISLAMIC ALI)

- CERTIFICATE OF SERVICE -

I ANTRELL VONIEQUE BROWN ISLAMIC
ALI #367927
hereby certify THAT THE FOLLOWI-
·NG SUMMONS WAS SERVED WITH
THE COMPLAINT TO THE COURT
1ST CLASS MAIL ON 4·17·2020.

PRO
SE
PLAINTIFF
ANTRELL VONIEQUE BROWN (ISLAMIC ALI)
#367927
MACOMB CORRECTIONAL FACILITY
34625 26 MILE RD
LENOX TOWNSHIP, MI
48048                    CONCLUSION           ·5

PAGE 1-A

listing additional defendants.

Cynthia Tora, Esq.
CA Attorney Key # 199266
3325 Wilshire Blvd.,
Suite 340
Los Angeles, CA 90010

Operations Director
Lellyn Aquino
3325 Wilshire Blvd.,
Suite 340
Los Angeles, CA 90010

Just Detention International
Supervisors

Vanessa
Chris
Gwynn
Thao
N.
Nicole

These operatives are

PAGE 2 -A

OPERATING WITH A JUST DETENTION INTERNATIONAL DEPARTMENTAL BLANKET OVER THEIR IDENTITY

THEREFORE THE STATE OF MICHIGAN/MICHIGAN DEPARTMENT OF CORRECTIONS 'N' JUST DETENTION INTERNATIONAL (MUST) BE HELD LIABLE FOR THE CONDUCT OF THESE CONSTITUTIONAL CRIMINALS

SINCE THEY HAVE BEEN ALLOWED 2 LAUNCH ATTACKS FROM A BASE THESE PATENT ENTITIES DEVELOPED.

LINDA McFARLANE
DEPUTY EXECUTIVE DIRECTOR
lmcfarlane@justdetention.org

MICHIGAN DEPARTMENT OF CORRECTIONS

PAGE 3.A

DIRECTOR
HEIDI E. WASHINGTON
PO BOX 30003
LANSING, MICHIGAN 48909

C.W. CARLSON
PREA MANAGER
CARLSONC2@MICHIGAN.GOV
PO BOX 30003
LANSING, MI 48909

THE STATE OF MICHIGAN
-N-
STATE AGENCY

ARE LIABLE FOR ENCOURAGING
THIS ILLEGAL MISCONDUCT
TO PERSECUTE A WELL-ESTABLI-
SHED

ENEMY OF THE STATE -N-
EVIL NATION
(INTER. ALIA).

CONCLUSION                                      .3

ANTRELL VONICCOL BROWN
ISLAMIC ALI #369929
MACOMB CORRECTIONAL FACILITY
34625 26 MILE RD
LENOX TOWNSHIP, MI 48048

IN THE UNITED STATES DISTRICT
COURT
FOR THE EASTERN DISTRICT
OF CALIFORNIA

ANTRELL VONICCOL BROWN
ISLAMIC ALI

PLAINTIFF,

- VS -

1. JUST DETENTION INTERNATIONAL

2. AND OTHERS

DEFENDANTS.

☒ CHECK IF THERE ARE
ADDITIONAL DEFENDANTS
ON
ATTACH PAGE 1-A LISTING
THEM

CASE NO. _____

CIVIL RIGHTS COMPLAINT
BY A PRISONER

[ ] ORIGINAL COMPLAINT
[ ] FIRST AMENDED COMPLAINT
[ ] SECOND AMENDED COMPLAINT

A. JURISDICTION

1. This court has jurisdiction over this action pursuant to:

2.

IT 28 U.S.C. § 1343 (a) ; 42 U.S.C. § 1983

I. OTHER: FACIAL VIOLATIONS OF THE

- ✓ 1ST AMENDMENT
- ✓ 4TH AMENDMENT
- ✓ 5TH AMENDMENT
- ✓ 8TH AMENDMENT
- ✓ 6TH AMENDMENT
- ✓ 14TH AMENDMENT

OF THE FEDERAL CONSTITUTION WHICH IS THE BILL OF RIGHTS N THEIR STATE CONNECTIONS INSCRIBED IN THE MICHIGAN STATE CONSTITUTION OF 1963 MORE SPECIFICALLY

ARTICLE 1

SECTIONS

- ✗ 2
- ✗ 3
- ✗ 4
- ✗ 5

.3

x x x 13
x x x 15
x x x 16
x x 17

x 20    N.

OF THE STATE CONSTITUTION
OF 1963.

2. INSTITUTION / CITY WHERE
VIOLATION OCCURRED:

OAKS CORRECTIONAL FACILITY
MICHIGAN DEPARTMENT OF
CORRECTIONS
1500 CADESTRE HIGHWAY
MANISTEE, MI 49660

B. DEFENDANTS

1. NAME OF FIRST DEFENDANT
JUST DETENTION INTERNATIONAL.
THE FIRST DEFENDANT IS
EMPLOYED AS:
a STATE / FEDERALLY FUNDED

4.

HEALTH · N · HUMAN Rights Public
Trust Policy Organization
of

Just Detention International
3325 Wilshire Boulevard
Suite 340
Los Angeles, California 90010

[X] See separate pages
For names · N · Addresses
of Additional Defendants

C. Previous Lawsuits

1. Have you filed any other
Lawsuits while you were
a prisoner ?

[X] Yes
[ ] No

2. If yes how many lawsuits
have you filed ? 1 .

Describe the previous
Lawsuits :

.5

a. first prior lawsuit:

1. Parties: Antrell V. Brown
V. D. Suppes et, al.

2. Court n. case number:
Eastern District of Michigan
2:15-cv-13725

3. Result: (Was the case
dismissed? Was it appealed?
? Is it still pending?

Dismissed in District
Dismissed on Appeal
Pending unresolved in
United States Supreme
Court USCA nos 6.

See D at Next
Encounter
Cited Herein
Accordingly.

.6

# D. CAUSE OF ACTION

## CLAIM 1

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED:

JUST DETENTION INTERNATIONAL 'N ITS PERSONNEL AIDED by THE MICHIGAN DEPARTMENT OF CORRECTIONS PROCEEDS TO SUBSTANTIALLY DEPART FROM ITS

PUBLIC MISSION STATEMENT -N- CONTRACTS BOTH STATE / FEDERAL PROMISING TO TREAT ALL VICTIMS OF SEXUAL ASSAULT EQUALLY,

a DECLARATION (MUST) ENSUE AS A DIRECT RESPONSE TO THESE SUBSTANTIALLY BREACHED

.1

STATE-N-FEDERAL CONTRACTS
BY FACIALLY

BLACKLISTING PLAINTIFF FROM USING
ITS STATE/FEDERALLY FUNDED
INSIDE LINE
-N-
ALL OTHER ATTRIBUTES-N-PUBLIC
SERVICES DISTRIBUTED BY MDF
-N-
ITS PERSONNEL DESIGNATED FOR
INDIVIDUALS SEXUALLY ABUSED
AT ANY POINT IN ONES LIFETIME,

(MOREOVER)

JUST DETENTION INTERNATIONAL
ITS PERSONNEL-N-THE MICHIGAN
DEPARTMENT OF CORRECTIONS
HAVE DECIDED IN

ARBITRARY
CAPRICIOUS
-N-
GRUESOME BAD FAITH
AS A PRODUCT OF EXCESSIVE
PUNISHMENT THAT

ONLY PLAINTIFF BEING INTENTIONALLY .2

INFECTED WITH HIV/AIDS - N - LEFT
UNTREATED FOR 16 CONSECUTIVE
YEARS DOESN'T QUALIFY AS SEXUAL
ASSAULT BASED ON PLAINTIFFS
RACE
RELIGION
SEX
POLITICAL PHILOSOPHY
SEXUAL ORIENTATION
 - N -
PLAINTIFFS DISFAVORABLE VIEWS ABOUT
AMERICA OVERALL.

2. CLAIM 1. IDENTIFY THE ISSUES
INVOLVED. CHECK ONLY ONE. STATE
ADDITIONAL ISSUES IN SEPARATE
CLAIMS.

ALL OF THESE CLAIMS INVOLVE
RETALIATION
 - N -
OTHER:

* RELIGIOUS PERSECUTION
* EXCESSIVE PUNISHMENTS
* EQUAL PROTECTIONS VIOLATIONS
      - N -
* DUE PROCESS VIOLATIONS
(INTER - ALIA).

.3

PLAINTIFF HAS ATLEAST 28 CLAIMS
AGAINST THESE DEFENDANTS
-N-
PLAINTIFF (MUST) SUB-ISSUE THESE
CLAIMS TO FIT THEM ALL IN 25
PAGES.

3. SUPPORTING FACTS. STATE AS
BRIEFLY AS POSSIBLE THE FACTS
SUPPORTING CLAIM I. DESCRIBE EXACTLY
WHAT EACH DEFENDANT DID OR
DID NOT DO THAT VIOLATED YOUR
RIGHTS. STATE THE FACTS CLEARLY
IN YOUR OWN WORDS WITHOUT CITING
LEGAL AUTHORITY OR ARGUMENTS.

PLAINTIFF SENT CORRESPONDENCE TO
CYNTHIA TOTTEN CONCERNING NOT BEING
TREATED FOR HIV/AIDS -N- BEING
INTENTIONALLY
      HARASSED
      PERSECUTED
      EXCESSIVELY PUNISHED
      ANTAGONIZED
      SEVERELY CASTIGATED
          -N-
      BEAT DOWN WITH HUMAN -N- CIVIL
RIGHTS VIOLATIONS SINCE 2004 BY
THE STATE OF MICHIGAN -N- ITS

4

MERCENARIES OPERATING INSIDE THE MICHIGAN DEPARTMENT OF CORRECTIONS HEADED BY DIRECTOR HEIDI·E· WASHINGTON·N ALL HER SOLDIERS FROM TOP TO BOTTOM.

A RELATIONSHIP WAS STARTED BETWEEN PLAINTIFF·N DUST DETENTION INTERNATION·OAL

DIRECTORS
MANAGERS
COUNSELORS
REPRESENTATIVES

INTER·ALIA

IEELYN AQUINO
CYNTHIA TUTTEN
    NICOLE
    CHRIS
    THAO
    JESSICA
    ALEXCIA
    VANESSA
    GWYN
    ·N·
    LUCY

(INTER·ALIA).

THIS RELATIONSHIP STARTED

.5

IN APPROXIMATELY SEPTEMBER 2018

.N.

LASTED UNTIL MARCH 28TH 2019

.N.

OVER THAT PERIOD OF TIME
JUST DETENTION INTERNATIONALS

HIDDEN REPRESENTATIVES
-N

MICHIGAN DEPARTMENT OF
CORRECTIONS PERSONNEL WITH THE
FULL ENCOURAGEMENT OF HIGHER
UP DECIDED TO USE THE
INSIDE LINE AS A TOOL OF
FURTHER

PSYCHOLOGICAL
MENTAL
EMOTIONAL
.N.
COLLABORATED ABUSE

DESIGNED TO EXCESSIVELY

PERSECUTE
PUNISH
.N.
SUBJECT PLAINTIFF TO GREATER
PENETRATING GOVERNMENT

.6

BANKROLLED ·N· ENCLOSES
INSTITUTIONAL
VENGEANCE
AND
VINDICTIVENESS

AS A DIRECT RESPONSE TO
PLAINTIFFS UNRELENTING PROTEST
ABOUT NOT BEING ACCORDED
HIV/AIDS

TREATMENT
RESOURCES
SERVICES
GROUPS
PUBLIC SUPPORT
PUBLIC ASSISTANCE

OVER THE LAST 16 CONSECUTIVE
YEARS ·N· PROCEEDING.

PLAINTIFF ADMONISHED JUST
DETENTION INTERNATIONAL ·N· ITS

DIRECTORS
MANAGERS
SUPERVISORS
·N·
INSIDE LINE AGENTS

.7

INTER · ALIA

THAT THEY ALL POSSESSED A
CIVIL CIVIC DUTY TO OPPOSE
THESE FACIALLY APPARENT

   HUMAN RIGHTS ABUSES
   GENOCIDE
   TVPA VIOLATIONS
   WAR CRIMES
    · N ·
   PERVASIVELY RACIST HATE
CRIMES TARGETING

BLACK MEN
ISLAMIST
SOCIALIST
SOCIAL PARIAHS
(INTER · ALIA).

   · N ·
ONCE JUST DECLARATION INTERNATIO·
·NAL REALIZED THAT PLAINTIFF
KNEW THEY WERE OPERATING AS
ACCOMPLICES SEEKING TO
AIDE THE GOVERNMENT · N ·
STATE OF MICHIGAN IN SUBJECTI·
·NG PLAINTIFF TO A GREATER
INTOLERABLE CONDITIONS
               · 8

OF CONTINUEMENT BY INSTRUCTING ITS HIDDEN INSIDE LINE PERSONN-EL TO PERSECUTE PLAINTIFF OFF THE LINE THROUGH ALL MEANS AVAILABLE.

SO

Nicole
Chris
THAO
Gwyn
·N·
VANESSA

WERE INSTRUCTED TO AT 1ST EONTITY

Mock
Ridicule
heckle
·N·
DEFINE PLAINTIFFS PLIGHT AS FRUSTRATING
while hanging up on PLAINTIFF
·N· COVERING UP FOR WRONG DOING TO MAKE PLAINTIFF AS UNCOMFORT-ABLE AS POSSIBLE:

.9

Plaintiff Responded with his
own personal attacks. N. once
they lost at this sneak
elissing game they sought
to Terminate The Relationship
by corruptly expelling Plaintiff
from the Program, which was
never available from the inception because they poisoned
it.

This Program was personally
built for so-called

Rape Victims
homosexuals
whites
Democrats
·N·
others

Yet Just Detention International is receiving Federal ·N·
state funding to aide all
Victims of sexual assault,

Yet it singled out the
Black
Islamist

.10

ANTI-AMERICAN
SOCIALIST

FOR BLACKLIST STATUS, AFTER
SUBJECTING PLAINTIFF TO PSYCHO-
-LICAL TERRORISM FOR 6
CONSECUTIVE MONTHS WITHOUT
A RATIONAL PENOLOGICAL INTEREST
IN INCORPORATING THIS

PRACTICE
POLICY
-N-
CUSTOM

INTO THE SUM OF JUST DETE-
-NTION INTERNATIONALS INSTITUTION.

PLAINTIFF RAISES 27 ADDITION-
-AL SUB ISSUES IN DIRECT
SUPPORT OF THIS ONE CLAIM
CITED HEREIN AS DIRECT
EVIDENCE OF FOUL PLAY
-N-
A CONSPIRACY BETN JUST
DETENTION INTERNATIONAL
THE STATE OF MICHIGAN -A-
MICHIGAN DEPARTMENT OF
CORRECTIONS
AS INSTITUTIONAL VENGEANCE

. 11

FOR THE FIRST FEDERAL LAW
SUIT FILED AGAINST ODI's
CO-CONSPIRERS PRIOR TO THE
ACTIVITIES OF JUST DETENTION
INTERNATIONAL ON THEIR BEHALF.

THOSE ENGAGED IN THESE
ABUSES PLAUSIBLY CLENIED
THAT IT WAS BEING DONE 'N
THEY CALLED ME A LIAR

GWENN
-N-
VANESSA

AND THEY DID NOT POSSESS
AN ADEQUATE GRIEVANCE
SYSTEM TO REDDRESS THESE
ATTACKS AT NO LEVEL VIA
STATE OF MICHIGAN OR THE
MUNICIPALITY INTER · ALIA.

4. INJURY . STATE HOW YOU
WERE INJURED BY THE ACTIONS
OF INACTIONS OF THESE
DEFENDANT(S).

PLAINTIFF HAS SUFFERED
IRREPARADLE

. 12

MENTAL
PSYCHOLOGICAL
EMOTIONAL DAMAGES
PTSD
NIGHTMARES
-N-
PLAINTIFF HATES ALL AMERICANS
SO PERVASIVELY -N- deeply desic-
°es NAZIS -N- The NATION OF
Islam THAT he would love
2 See everybody else

linew up
-N-
Rapew pervasively for 150
years
Set on fire -N- put out
perpetually
-N-
The cycle repeatew for
A lifetime before shooting
everybody dead TO cease
All protest.

PLAINTIFF loves the holocaust
-N- hates All its fake
Survivors -N- he WANTS THE
CATHOLIC CHURCH TO Kill
All ITS protesters for

.13

SPOT, BECAUSE PLAINTIFF HAS BEEN COMPLETELY

DESENSITIZED

-N-

LIQUIDATED OF ALL FORMS OF HUMANITY AS A DIRECT RESULT OF HAVING ALL HIS HUMAN RIGHTS VIOLATED SINCE 2000.

5. ADMINISTRATIVE REMEDIES:

a. ARE THERE ANY ADMINISTRATIVE REMEDIES (GRIEVANCE PROCEDURES OR ADMINISTRATIVE APPEALS) AVAILABLE AT YOUR INSTITUTION?

[ ] YES  [X] NO

b. DID YOU SUBMIT A REQUEST FOR ADMINISTRATIVE RELIEF ON CLAIM I?

[ ] YES  [ ] NO  [X] UNCERTAIN

c. DID YOU APPEAL YOUR REQUEST FOR RELIEF ON CLAIM I TO THE HIGHEST LEVEL?

.14

[ ] YES [X] NO

d. If you did NOT submit or appeal a request for administrative relief at any level, briefly explain why you did NOT.

Plaintiff attempted to sue SDF through the Michigan department of civil rights · N · both attempts were suppressed in late 2018 once we had took enough · N · Grievances were completely suppressed in July of 2019 at Oaks before we experienced another retalia-tory transfer.

The Michigan Department of Corrections Rendered the Grievance process unavailable to protect its co-defendant · N · Rendered itself liable under 18 USCA 1512 (c)(1)(2) · N · 18 USCA 1503 to obstruction of Justice.

.15

PLAINTIFF PRESENTS 25
SUB-ISSUES IN SUPPORT OF
his SOLE CLAIM:

ISSUE ONE

JUST CLEANATION INTERNATIONALS
POLICY OF ABUSING MEN WITH
OBVIOUS SNEAK ATTACKS · N · SUBTLE
PERSECUTION THROUGH ITS INSIDE
LINE TO DISTRIBUTE ITS PUBLIC
· N · INSTITUTIONAL SERVICES TO
WOMEN
FEMINIST
LESBIANS
DEMOCRATS
· N ·

GAY WHITE MEN
IS A DIRECT PRODUCT OF JUST
INTERNATIONALS highly discriminatory
illegal PRACTICES THAT REPRESENTS
A SUBSTANTIAL BREACH OF ITS
STATE · N · FEDERAL CONTRACTS THAT
(MUST BE TERMINATED) AS THE
SOLE RESPONSE TO THIS PARTICULAR
POLICY ORGANIZATION NO LONGER IF
EVER EQUALLY DISTRIBUTING PUBLIC
INSTITUTIONAL SERVICES.

S                              .16

# ISSUE TWO:

PLAINTIFF IS REQUESTING THAT CERTAIN REMEDIES ARE ADOPTED TO VOID JUST DETENTION INTERNATIONALS TRUST STATUS, AS THE ENTRUSTED PROPERTY PROCEEDS TO BE DEPLOYED TO FACIALLY PERPETRATE CRIMES DEFINED BY STATUTE

.N.

THE OBJECT OF THE TRUST HAS BEEN TO DEFRAUD THE STATE/ FEDERAL GOVERNMENT, AS WELL AS TO GALVANIZE A SHOW PIECE OPERATION SOLELY TO EVADE TAXES.

# ISSUE THREE:

PLAINTIFF IS REQUESTING A DECLA-RATION THAT SANCTIONS BE IMPOSED ON JUST DETENTION INTERNATIONALS STATE-N- FEDERAL ECONOMIC ADVANTAGES IN DIRECT RESPONSE TO ITS ONGOING SUBSTANTIAL DEPAR-TURE FROM THE:

CALIFORNIA DISABLED PERSONS
ACT; CAL CIVIL CODE - 54 ET
SEG.
- N.
THE CALIFORNIA UNRUH CIVIL RIGHTS
ACT (UNRUH ACT), CAL. CIVIL. CODE
- 51 ET SEG.

PURSUANT TO THIS ACT, ALL PERSONS
WITHIN THE JURISDICTION OF
CALIFORNIA ARE
FREE - N - EQUAL - N NO MATTER WHAT
THEIR DISABILITY ARE ENTITLED TO
THE FULL - N - EQUAL
ACCOMMODATIONS
ADVANTAGES
FACILITIES
PRIVILEGES
- N
SERVICES
IN ALL BUSINESS (ESTABLISHMENTS)
OF (EVERY) KIND WHATSOEVER.
CAL. CIV. CODE - 51 (B).

PLAINTIFF SEEKS INJUNCTIVE RELIEF
AS WELL.

ISSUE FOUR:

.18

PLAINTIFF CONTENDS THAT JUST
DECREATION INTERNATIONAL -N- ITS
CO-DEFENDANTS HAS OPENLY
VIOLATED PLAINTIFFS RIGHT TO
EQUAL PROTECTIONS UNDER
THE LAW
WHICH MEANS:

EQUAL PROTECTION REQUIRES
THAT
        LAWS
        STATUTES
        PROVISIONS
        POLICIES
        -N-
        PROCEDURES
FAIR ON THEIR FACE BE IMPARTIALLY
(EXECUTED)
-N-
THAT DISCRIMINATES BASED ON
HOSTILITY TO A GROUPS (RELIGION)
ARE CONSTITUTIONALLY (INTOLERABLE)

MUSLIMS -N- BLACKS ARE VIRTUALLY
NONEXISTENT IN THE JUST CREATION
-ON INTERNATIONAL FRAMEWORK.

ISSUE FIVE:

.19

PLAINTIFF CONTENDS THAT AGENCIES -N- FEDERALLY FUNDED POLICY ORGANIZATIONS LIKE JUST DETENTION INTERNATIONAL (CANNOT) PUT CONDITIONS ON (BENEFITS) WHICH DAMPEN THE EXERCISE OF FIRST AMENDMENT (RIGHTS) -N-

THE CLAIM OF CHILL HAS TRIGGE-REED STRICT JUDICIAL SCRUTINY.

PLAINTIFF IS SEEKING A DECLARATI-ON FROM THE COURT CONDEMNING JUST DETENTION INTERNATIONAL FROM CREATING -N- OPERATING ANOTHER GOVERNMENT SURVEILLANCE (APPARATUS) OF THE INNER WORKINGS OF WHAT MICHIGAN PRISONERS ARE THINKING THROUGH THE FRAUDULENT PRACTICES DISTRIBUTED HEREIN AS YET ANOTHER EVIL WEAPON WEAPONI-ZED BY THE STATE OF MICHIGAN IN DIRECT VIOLATION OF THE FEDERAL/STATE CONTRACTS THAT BROUGHT THESE VIOLATIONS INTO EXISTENCE.

JUST DETENTION INTERNATIONAL .20

HAS BEEN ALLOWED TO CREATE
A FEDERALLY DANK-ROLLED EVIL
MUNICIPALITY OF DISGRUNTLE
BITCHES EMPOWERED WITH A
BULLY PULPIT TO SEEK VENGEANCE
AGAINST STRAYIT MUSLIM MEN
(INTER·ALIAS).

ISSUE SIX:

JUST DETENTION INTERNATIONALS
FEMINIST FEMALE CLOOMINATED
HIGHER·UPS INSTRUCTED ITS
INTENTIONALLY
CONCEALED
        AGENTS
        COUNSELORS
         ·N·
        SUBORDINATES
TO DO WHATEVER IT TOOK TO MAKE
PLAINTIFF LOATHE USING THE INSIDE
LINE THE SAME EXACT POLICY
THE STATE OF MICHIGAN EMPLOYS
TO KEEP PRISONERS FROM REQUE.
·STING HEALTHCARE MENTAL HEALTHC.
·ARE ·N· OTHER SERVICES THE STATE
DISTRIBUTE WITH ABUSES ·N·
INTIMIDATION SO A PRISONER WILL
                            ·21

THINK TWICE BEFORE REFORMING.

THESE CLAIMS ARE ANTITRUST
VIOLATIONS RAISED AGAINST
THESE DEFENDANTS.

ISSUE SEVEN :

THIS CONDUCT VIOLATES
15 USCS - 1 OF THE SHERMAN
ACT
AS PLAINTIFF HAS PRESENTED
A COLORABLE SHOWING THAT ITS
REASONABLY · PROBABLE THAT
THE BEHAVIOR OF THESE
DEFENDANTS WORSENED AN
ALREADY PENETRATING INJURY
BEYOND ALL HOPE OF REPAIR.

JUST DETENTION INTERNATIONAL N.
ITS CODEFENDANTS HAVE PLAINLY
MANUFACTURED N. ENGINEERED IN
UNFAIR FACIALLY DISCRIMINATORY
N. DECEPTIVE ACTIVITIES
INFRINGING UPON WELL · ESTABLISH-
ED CONSTITUTIONAL RIGHTS
THROUGH THE PURPOSEFUL
IMPLEMENTATION OF FACIAL

. 22

UNCONSTITUTIONAL POLICIES.

Just Cremation International has conspired in combination to breach a lawful contract

This conspiracy operates as the moving force behind this visibly corrupt enterprises policies, which has directly resulted in placing an unreasonable restraint on the distribution of its services to discriminate -n- expel based on

RACE
Religion
Class
Disability
Political Philosophy
-n-
Unfavorable dissent

-n-
Such purposeful corrupt activities have resulted in antitrust violations creating actual injuries to plaintiff in term.

Plaintiff pervasively alleges through the

.23

PRESENTATION OF CLEAR CONVINCING
·N· INREFUTABLE DIRECT / INDIRECT
EVIDENCE THAT THE SELECTIVE
MISTREATMENT ·N· ABUSES IMPOSED
AGAINST PLAINTIFF PROCEED TO
BE SUBSTANTIALLY BASED ON
IMPERMISSIBLE CONSIDERATIONS
SUCH AS

- RACE
- RELIGION
- INTENT TO INHIBIT
    OR
- PUNISH
- THE FREE EXERCISE OF
CONSTITUTIONAL RIGHTS,
- WITH
- PURPOSEFUL
- MALICIOUS ·N· BAD FAITH
INTENT TO INJURE THE PLAINTIFF
ASCRIBED HEREIN.

I.E.: ⟶ THEY ATTEMPTED
TO MAKE ME SUICIDAL BUT
            THEY MADE ME A
MANIAC ·N· HATE MONSTROCITY
INSTEAD.

.24

PLAINTIFF SEEKS LEAVE TO
ADD 25 MORE PAGES IN
SUB
ISSUES

IN THE INTEREST OF JUSTICE
'N'
FUNDAMENTAL FAIRNESS
AS WELL AS THE DISTRIBUTION
OF A
& FULL
& FAIR
-N-
& ADEQUATE OPPORTUNITY
TO FILE A FULL 'N' FAIR CIVIL
INDICTMENT AGAINST THESE
DEFENDANTS ON ALL THEIR
UNCONSTITUTIONAL CRIMINAL
MISCONDUCT. AS SPELLED OUT
HEREIN.

E. REQUEST FOR
RELIEF

STATE The Relief you Are
SEEKING:

.25

RELIEF REQUESTED IS AS
FOLLOWS:

A VALID LIEN OF EQUITY ON
THE FEDERAL / STATE STIPEND
ACCORDED TO JUST DETENTION
INTERNATIONAL,

A DECLARATION DECLARING
THIS CONDUCT UNCONSTITUTIONAL,

A PERMANENT INJUNCTION
CONDEMNING THIS CONDUCT,

PUNITIVE DAMAGES,
ATTORNEY FEES,

900 THOUSAND DOLLARS
FOR THE 6 MONTHS OF EXCESSI-
VE HELLS DISTRIBUTED BY
THIS NONPROFITS AGENTS
"N"
MOST IMPORTANTLY
AN AGGRESSIVE AUDIT
OF THE CONDUCT OF STAFF
MEMBERS OPERATING THROUGH
JUST DETENTION INTERNATIONAL
INTER· ALIA TOWARDS MEN
SIMILARLY SITUATED TO PLAINTIFF
.26

ISLAMIC ALI
BKA
ANTRELL VONICQUE BROWN
NATL. MONSTROCITY # 367922
OF AMERICAN CREATION.

I SOLELY DECLARE UNDER THE
PENALTY OF PERJURY THAT THE
FOREGOING IS
        ACCURATE
        TRUE
          'N'
        CORRECT
TO THE VERY BEST OF MY
PERSONAL UNDERSTANDING.

    EXECUTED ON
    . 4-17-2020
      DATE

            ANTRELL V. BROWN (ISLAMIC ALI)
                SIGNATURE
                  OF
                PLAINTIFF


PRO SE
PLAINTIFF
ANTRELL VONICQUE BROWN
                              . 27

BKA
ISLAMIC ALI
#367927
MACOMD CORRECTIONAL FACILITY
34625 26MILE RD
LENOX TOWNSHIP, MI
48048

DATED: 4·17·2020

CONCLUSION        .28

IN THE UNITED STATES
OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

ANTRELL VONIEQUE BROWN
ISLAMIC ACT #367927

Plaintiff,

- VS -

JUST DETENTION INTERNATIONAL
MICHIGAN DEPARTMENT OF
CORRECTIONS
STATE OF MICHIGAN ET., AL.

DEFENDANTS.

CASE NO #

ADDITIONAL SUPPLEMENTAL
ISSUES
· N ·
CLAIMS CITED IN SUPPORT

A PRISONERS RIGHT TO FILE
GRIEVANCES IS CONSTITUTIONALLY
PROTECTED UNDER THE

1ST AMENDMENT
· N ·
14TH AMENDMENT.

CLAIM # 1

JUST DETENTION INTERNATIONAL
BLACKLISTED PLAINTIFF FROM
USING ITS SERVICES 6 MONTHS
INTO THE RELATIONSHIP BASED
ON HIS MERITORIOUS GRIEVANCES
AGAINST AMERICA OVERALL FOR
BEING DENIED ACCESS TO ALL
FORMS OF HIV/AIDS          .2

TREATMENT OVER THE LAST 16
CONSECUTIVE YEARS. N. PROCE.
-EEDING WHICH IS CLEARLY A
CASE OF

* SEXUAL ASSAULT IN THE EXTREME.

THE DISCRIMINATORY ADVERSE
MEASURES IMPOSED HAVE BEEN
CHOSEN TO EXPRESS POLITICAL
BELIEFS.

CLAIM # 2

JUST DETENTION INTERNATIONAL
EXPRESSES ITS POLITICAL BELIEFS
THROUGH ITS FACIALLY DISCRIMINATO.
-RY ADVERSE MEASURES IMPOSED
AGAINST

* MEN
* BLACK MEN
* ISLAMIST MEN
* SOCIALIST MEN
* BLACK MEN LEFT UNTREATED
WITH HIV/AIDS OVER 16 CONSECUT.
-IVE YEARS,

.5

JUST DETENTION INTERNATIONAL
HAS BEEN OUTSPOKEN ABOUT
SEXUAL ASSAULT BUT HAS OPERAT-
ED TO SUSTAIN THIS PROGRAM
WITHOUT SAYING A THING. THIS
CONDUCT REPRESENTS A CLEAR
BREACH OF EVERYTHING JUST
DETENTION INTERNATIONAL CLAIMS
TO STAND FOR IN WRITING. N.
NOT IN POLICIES DISTRIBUTED
BY ITS AGENTS ON THE GROUND.

FRAUDULENT PRACTICES DISTRIBUTED
SELECTIVELY HAS ALWAYS BEEN
ACTIONABLE.

   CLAIM # 3

JUST DETENTION INTERNATIONAL
IS SELECTIVELY CHERRY-PICKING
WHICH SEX QUALIFIES FOR THE
FULL DISTRIBUTION OF THEIR
VIGOROUS ADVOCACY PROGRAM.

THIS NONPROFIT ORGANIZATIONS
(MISSION) CURRENTLY PROCEEDS TO
BE TO PROVIDE

                                    .4

* SERVICES
      · N ·
* ADVOCACY

FOR PRISONERS · N · RELATIVES OF
THOSE FACED WITH SEXUAL ABUSE
AT ANY POINT IN ONES LIFE · N ·
THIS WOULD PLAINLY INCLUDE BEING
INFECTED WITH HIV/AIDS · N · FORCE ·
· D TO GO UNTREATED · N · BEING
DENIED ALL FORMS OF RELIEF
OVER THE LAST 16 CONSECUTIVE
YEARS · N · PROCEEDING.

        CLAIM # 4

IT GOES WITHOUT SAYING THAT
JUST DETENTION INTERNATIONAL
PROCEEDS TO ENJOY A VARIETY
OF

    * CITY
    * STATE
    * FEDERAL
        · N ·

    * INTERNATIONAL
CONTRACTS TO FUND ITS PROGRAMS
SERVICES · N · PLAINLY BREACHED
MISSION STATEMENTS, BY

                        .5

MAKING PLAINTIFF THE SOLE EXCEPTI-
•ON TO ITS CONCRETE PURPOSE.

Claim # 5

PLAINTIFF BEFORE THE LAST FATAL
ASSAULTS BECAME A VOCAL OPPONE-
•NT OF JUST DETENTION INTERNATION-
•ALS

‡ POLICIES
‡ PROCEDURES
     •N•
‡ PRACTICES

PRIOR TO THE ORGANIZATION USING
LOYALIST

‡ NICOLE
‡ GWEN
     •N•
‡ VANESSA

TO COUNSEL AGAINST PLAINTIFF
USING THE LINE BEFORE VANESSA
ARBITRARILY STATED : —— THEY
DECIDED PLAINTIFF DOES NOT
QUALIFY TO USE THE

.6

INSIDE line 6 MONTHS INTO ITS
PERPETUAL USE IN WHICH AN
ARRAY OF

* hinderances
* CORRUPT ARBITRARY POLICIES

WERE CREATED TO limit CALLS
PER DAY BEFORE ATTACKING 'N'
EXPELLING PLAINTIFF ALTOGETHER.

PLAINTIFF PROCEEDED TO PROTEST
THESE CORRUPT ACTIVITIES by
POSING UNCOMFORTABLE QUESTIONS
'N' COUNSELORS RESPONDED WITH
GROUP EFFORTS TO RETALIATE
WITH HORRIBLY CONCEALED

* MOCK
* SCORN
    'N'
* RIDICULE

DISTRIBUTED by illiterate FEMINIST/
LESBIANS CHARGED WITH THE
OPPORTUNITY TO PERSECUTE MEN
AT WILL.

PLAINTIFF ALSO PRESENTED VARIOUS
COMPLAINTS AGAINST COUNSELORS FOR

- hanging up on PLAINTIFF
- MOCKING his ANGER
  · N ·
- PERPETUALLY REDEFINING PLAINTIFFS

EXASPERATION AS MERELY FRUSTRATION
· N · ONCE PLAINTIFF SERVED THEM
WITH A TASTE OF THEIR OWN MEDICINE
AGENTS LIKE

- VANESSA
  · N ·
- GWYN

IF THESE ARE THE REAL NAMES
OF THESE PEOPLE BECAME MORE
MILITANT AT ATTACKING · N · CONSTRUCTING
A HOSTILE ENVIRONMENT

HOSTILE ENOUGH TO MAKE PLAINTIFF
AVOID USING THE LINE ALTOGETHER.

THESE ARE WELL ESTABLISHED · N ·
DENOUNCED RACIST PRINCIPLES
USED TO DEAL WITH

.8

DISSENT IN ANY INSTITUTION THAT
IS RESISTANT TO REASONABLY
RESPECTING

+ EQUAL PROTECTIONS
· N ·
+ ACCESS TO EQUAL SERVICES
UNDER THE LAWS.

CLAIM # 6

DUST DETENTION INTERNATIONALS
OPERATIONS DIRECTOR

+ LEELYNN AQUINO

NEVER STATED NOT TO USE THE
INSIDE LINE, WHILE DISTRIBUTING
THIS CATS PAW SCHEME OF
INSTRUCTING THE ORGANIZATIONS
(BITCHES)

TO MAKE THE CONSEQUENCES
OF USING THIS EVIL INSIDE LINE
EXTREMELY PUNITIVE IN NATURE.

THEY RECOGNIZED THEY
COULDN'T BLACKLIST PLAINTIFF

9

ONE WAY, SO THEY

- MALICIOUSLY
- WITH DELIBERATE INDIFFERENCE

DECIDED TO PERSECUTE ME
OFF USING THE LINE THROUGH
LIQUIDATING THE

- TRUST
  · N ·
- COMFORTS

FROM THE SERVICES TO WORSEN
PLAINTIFFS ALREADY TOXIC · N ·
EXASPERATED GREAT PAIN · N ·
PSYCHOLOGICAL TERROR OVERALL.

CLAIM # 7

JUST DETENTION INTERNATIONAL
PROCEEDS TO ENGAGE IN

- UNEQUAL TREATMENT
  · N ·
- DISTRIBUTION OF ITS SERVICES
  · N ·

.10

* HAVE BEEN CONSPIRING TO ORCH.
* ESTRATE AN ONGOING CAMPAIGN
OF RETRIBUTION TO CITIZE UNGE.
* SIRABLE MEN FROM SEEKING ITS
APPARENTLY SELECTIVELY QUALIFIED
SERVICES.

THE SUPERVISORY OFFICIALS CONCR.
* UCTING THE AFFAIRS OF JUST
CLETENTION INTERNATIONAL ARE
INDEED PERSONALLY LIABLE FOR
THEIR

     * ACTUAL
       · N ·
     * CONSTRUCTIVE NOTICE
OF UNCONSTITUTIONAL PRACTICES
       · N ·
     * DEMONSTRATES
     * GROSS NEGLIGENCE
       · N ·
     * CLELIBERATE INDIFFERENCE

BY ULTIMATELY FAILING TO ACT.

THE PERSECUTION DISTRIBUTED
BY JUST CLETENTION INTERNATIONAL
                   . H

COUNSELORS HAS BEEN AUTHORE-
·ED by ITS POLICYMAKERS ESPECIAL-
·LY IN direct CONCERT WITH THE

- STATE OF MICHIGAN

·N·

- MICHIGAN DEPT OF CORRECTIO-
·NS SPECIAL ILLEGAL PROGRAM DESIG·
·NED TO SPEED UP PLAINTIFFS
ALREADY MILITANTLY EXASPERATED
VIRTUAL DEATH PENALTY BASED
SOLELY ON A hyper·LETHAL VERSION
OF

- GRUESOMELY
- MALICIOUS
- DELIBERATE INDIFFERENCE.

THE ACTS IN WHICH THIS PLAINTIFF
COMPLAINS OF ARE NOT ONLY

- IRRATIONAL

·N·

- WHOLLY CONSTITUTE
INTENTIONAL DISPARATE TREATMENT.

CLAIM # 8

.12

Plaintiff seeks a valid declaration that Dust Detention International stop violating titles of the civil Rights Act which specifically provides that,

No person in the United States (should), on the Ground of

- ※ Race
- ※ Color

or

- ※ National origin

be excluded from participation in the benefits of,

- or -

be subjected to discrimination under Any program

- or -

Activity Receiving Federal Financial Assistance. 42 USCS § 2000(d).

Claim # 9

Claims of deliberate indifference to inflexible persecution directed towards plaintiff

.13

IN DIRECT RESPONSE TO SUBSTANTI-
ALLY UNFAVORABLE

↳ MERITORIOUS GRIEVANCES
- OT -
↳ TO A HOSTILE ENVIRONMENT
ARE ACTIONABLE UNDER TITLE
SIX.

THE MATERIAL FACTS ILLUSTRATED
HEREIN DEMONSTRATE THAT,

THE HARASSMENT WAS SO

↳ SEVERE
↳ PERVASIVE
·N·
↳ OBJECTIVELY (OFFENSIVE)

THAT IT (COULD) BE SAID TO DEPRIV-
E THE PLAINTIFF OF EQUAL ACCESS
TO GRIEF RELIEF OPPORTUNITIES
·N·
BENEFITS DISTRIBUTED WILLINGLY
TO OTHERS SIMILARLY SITUATED.

THESE SPECIFIC DEFENDANTS
POSSESSED ACTUAL KNOWLEDGE
.14

OF THE HARASSMENT
·N·
THESE DEFENDANTS DELIBER·
·ELY INDIFFERENTLY ADDRESSED
THE ALLEGED HARASSMENT.

CLAIM # 10

PLAINTIFF CONTENDS THAT JUST
DETENTION INTERNATIONALS POLICYM·
AKERS PROVIDED ITS SOLDIERS
AN APPROVED GREEN LIGHT TO
STOP PLAINTIFF FROM USING THE
INSIDE LINE BY ALL MEANS AVAILAB·
LE INCLUDING CONSTITUTIONAL
CRIMINAL·N·FACIAL VIOLATIONS OF
INTERNATIONAL NORMS

i.e.: ——————> PERSECUTION·N·
TORTURE ARE UNIVERSALLY CONDEMN·
·ED, BUT AMERICANS DON'T
RESPECT AGREEMENTS AT ANY
RATE.

THIS POLICY ORGANIZATION (MUST)
BE DEEMED LIABLE FOR THIRD·
PARTY CONDUCT (ONLY) SINCE IT
EXERCISES (SUBSTANTIAL)
                                    .15

CONTROL OVER BOTH THE
(HARASSER) · N · THE CONTEXT IN
WHICH THE KNOWN (HARASSMENT)
OCCURS.

← JUST DETENTION INTERNATIONAL
← STATE OF MICHIGAN
· N ·
← MICHIGAN DEPARTMENT OF
CORRECTIONS
ARE RESPONSIBLE FOR BOTH
· N · (MUST) BE HELD RESPONSIBLE
FOR THIS PERVASIVELY INTOLERABLE
PROGRAM.

CLAIM # 11

PLAINTIFF CONTENDS THAT THESE
VIOLATIONS AS ALLEGED
REPRESENT FACIALLY UNREASONAB-
·LE VIOLATIONS OF

← THE AMERICANS WITH DISABILITI·
·ES ACT
· N ·
← 504 OF THE REHABILITATION

·16

ACT

BECAUSE JUST DETENTION INT.
ERNATIONALS PERSONNEL have
INTENTIONALLY ARBITRARILY decide
d WITH MALICIOUS BAD FAITH
INTENT TO

* BLACKLIST

PLAINTIFF BASED ON PLAINTIFFS
PROTEST AGAINST JUST DETENTION
INTERNATIONAL N ITS FINANCIERS
IN THE DEMOCRATIC PARTY.

(MOREOVER)

AS LONG AS PLAINTIFFS SPEECH
WASNT ABOUT THESE 3 defend.
·ANTS DISPROPORTIONATE FACIALLY
RACIST TREATMENT TOWARDS

* BLACKS
* MUSLIMS
* MEN
  · N ·
* UNTREATED HIV/AIDS PATIENS

.17

WE WERE allowed TO openly
· N· Freely EXPress OUT VIEWS
· N· ENCOUrageD TO KEEP ON
CALLING DACK TO do THIS
PERPETUAILy, DUT ONCE OUr
VIEWS VAliDly CHAllENyED THESE
VETY SAME INDIVIDUAlS COWATDED·
·CE FAILUTE TO SPEAK OUT
AGAINST THIS ONyOINy

GTEAT INTOLETADLC INJUSTICE
PERPETTATED AGAINST THIS
PlAINTIFF,

THEY COLLECTIVELY DECIDED TO
DlACKLIST PlAINTIFFS SPEECH OVET
THE lAST 3 MEETINGS WITHOUT

SUDSTANTIVE DUEPTOCESS OT
lAW
WITH THE OTGANIZATIONS ENCOUTA·
·GEMENT, RESUITINY IN ACTUAL
DAMAGES.

DUE PTOCESS ENTAILS ADEQUATE
NOTICE ·N· A MEANINyFUl OPPOTTUNI·
·Ty TO DE hearD DEFOTE
IMPATTIAL TribUNAlS

·18

or triers of fact. These
defendants created a proper
TY interest when they stated
all inmates. N. they padded
themselves a health. N. human
Rights organization. N. plaintiffs
Gripe fits squarely into both
N. they knew this from the
outset. N. grossly operat-
ed in malicious bad faith
with diabolical intent to damage
plaintiff psychologically every
step of the way on behalf of
The other 2 defendants.

Plaintiff had also cited
just dentential international
es actors seeking to use
The inside line for purposes
of Retaliatory persecution
in a complaint filed with the
Michigan department of civil
Rights prior to plaintiffs
expulsion,
which further links the
chain of inferences directly
Together as the moving
force behind this            .14

COLLABORATIVE EQUAL ACCESS
ANTITRUST MONSTROCITY.

(AGAIN)

JUST DETENTION INTERNATIONAL
HAS PERPETUALLY STATED,

IT IS A hECITU·N· hUMAN Rights
ORGANIZATION·N· IT HAS PROVIDED
THE INSIDE LINE AS AN
(OPPORTUNITY) FOR (ALL)(PRISONERS)
TO EXPRESS THEMSELVES FREELY
·N· SAFELY ABOUT

* PAST
* PRESENT
       ·N·
* FUTURE
hUMAN Fights ABUSES.

While LEELYN AGUINO STATED PERVASI-
-VELY; YOU DO NOT HAVE TO GO
THROUGH THESE hARDShips ALONE,
A DIRECT QUOTE.

UNLESS ONE IS EXPOSED

.20

AS EXPLICATED HEREIN.

POSSESSING HIV/AIDS FOR 20
CONSECUTIVE YEARS WITHOUT A
SHRED OF

* MEDICAL TREATMENT
* GROUPS
* SERVICES
* ASSISTANCE
* SUPPORT
  · N ·
* PROGRAMS

N · BEING DENIED (ALL (FORMS) OF
COMPASSION · N · RELIEF ACCOMMODAT ·
·ED WITH BEING AGGRESSIVELY

* PERSECUTED
* MOCKED
* RIDICULED
* LURED INTO BETRAYAL
  · N ·
* PSYCHOLOGICAL TERRORISM

BY WHITE AMERICA · N · ITS EVIL
NONPROFITS IS 100 THOUSAND TIMES

. 21

WORSE THAN QUESTIONABLE
SEXUAL ASSAULTS THAT ENDLESS
NO ONES life WITH A lingering.
. DEATH ON A CEASELESS BASIS
FOR OVER 6 THOUSANDS DAYS N.
PROCEEDING.

HIV/AIDS IS THE PINNACLE OF
SEXUAL ABUSE
    . N .
VIOLENCE
    . N .
JUST DETENTION INTERNATIONAL IS
RECEIVING FEDERAL FUNDING TO AIDE
IN ITS CORRUPT CRUSADE TO
SELECTIVELY BLACKLIST

    ∢ MEN
    ∢ ISLAMIST
    ∢ UNTREATED HIV/AIDS PATIENTS
THAT ARE MEN
    ∢ REPUBLICANS
    ∢ SOCIALIST
    ∢ INTER · ALIA
UNDERNEATH THE BANNER OF A
LISTENING EAR geared TO collect
INTELLIGENCE TO REDISTRIBUTE
VIOLENTLY TOWARDS MEN        22

CS A MEANS OF FURTHER PUNISH-
MENT ON BEHALF OF THE MICHIGAN
DEPARTMENT OF CORRECTIONS
AS FURTHER RETALIATION AGAINST
PLAINTIFF FOR CHALLENGING

- WHITE RACISM
        - N -
- WHITE GUILT

WHICH IS ALWAYS WORSE, SINCE
WHITE GUILT BRINGS THE REAL

- DEVIL
- / MURDERER

OUT THE SOULS OF WHITE · N ·
NEGROES ALIKE.

(MOREOVER)

COUNSELORS SEED CS

- NICOLE
- THAO (CAL)
- CHRIS
- GWYN
      - N -

.23

◄ VANESSA

have developed a culture
of collaborated corruption,
to render themselves void
of

◄ Accountability
◄ Responsibility
   - N -
◄ liability

For the abuses they carry
out against uncredibilites by
collectively shouting clown (all
complaints - n - troublesome comme-
ontary
(Therefore) deeming all men liars
that make these claims before
reporting each other to
superiors.

These actors - n - agents
operating on behalf of just
detention international have
developed a culture of no
snitching on each other

.24

BECAUSE EVERYBODY IS CORRUPT
-N. THEY (SHOULD) ALL BE ELECTRONEE
-N. FIRED.

CLAIM #12

JUST DETENTION INTERNATIONALS
POLICYMAKERS ROUTINELY FAILED TO
MAKE

    ← SUFFICIENT INVESTIGATIONS
       -OR.
    ← REASONABLE INQUIRIES

OF WHAT WAS OCCURRING IN COVERT
SECRECY ON ITS STATE INSIDE
LINE;
SOLELY BECAUSE ITS POLICYMAKERS
PERSONALLY ORCHESTRATED OKO.
·FASHIONED HARDSHIPS USED AS
JIM CROW STYLED WHITE RACISM TO
COLLECTIVELY

    ← INTIMIDATE
    ← PERSECUTE
       · N ·
    ← (SELECTIVELY)

.25

MAKE DEALING WITH JUST DETENTION
INTERNATIONALS PERSONNEL SO
DISTRUSTFUL THAT PLAINTIFF AVOIDED
USING THE INSIDE LINE, THE
SAME WAY MICHIGAN PRISONERS
LOATHE

- DEALING WITH HEALTHCARE PERS-
ONNEL
- MENTAL HEALTH OFFICIALS
  - N
- LIBRARY PERSONNEL

AS ORCHESTRATED N MAINTAINED
BY THE STATE OF MICHIGAN TO
KEEP UNDESIRABLES LOCKED IN AN
INESCAPABLE MAZE OF HOSTILITIES
BEYOND THE BASIC HARDSHIPS OF
PRISON LIFE.

CLAIM # 13

PLAINTIFF SUBSTANTIALLY ALLEGES
THAT JUST DETENTION INTERNATION-
ALS PERSONNEL IS BEING INSTRUCTED
TO GALVANIZE SENSITIVE INFORMATION
PERTAINING TO WHAT'S MOST
TROUBLESOME TOWARDS             .26

UNDESIRABLE MEN ON THE LINE
BEFORE USING THE GREAT BETRAY-
AL AGAINST MEN TO ACHIEVE
THEIR TRUE POLICY, WHICH IS
TO DISTRIBUTE THEIR SERVICES
TOWARDS

- WOMEN
- HOMOSEXUALS
- FEMINIST
- CATHOLICS
- JEWS
- PROUD AMERICAN DEMOCRATS
  - N.
- LIBERAL WOLVES IN SHEEP
CLOTHING.

JUST DETENTION INTERNATIONALS
SUSPECT COMPASSIONATE HAND
GENERALLY SIZES UNTULY MEN UP
FOR THE GREAT BETRAYAL BEFORE
IT IS TRANSFORMED INTO A
SLEDGEHAMMER DEPLOYED TO
SHATTER MEN COMPLETELY, WHICH
HAPPENS TO BE ALL FEMINIST
BITCHES LIFETIME ACHIEVEMENT
PLAN.

.27

CLAIM # 14

JUST DETENTION INTERNATIONALS
POLICYMAKERS HAVE UNREASONABLY
STRUCTURALLY BREACHED THEIR

- STATE
- FEDERAL
   - N
- INTERNATIONAL CONTRACTS

WHICH MERELY REQUIRES THE

- EXISTENCE OF A CONTRACT
- BREACH OF THAT CONTRACT
   - N -
- DAMAGES STEMMING FROM THE
BREACH.

THE MICHIGAN DEPARTMENT OF
CORRECTIONS POLICY DIRECTIVES · N ·
THE FEDERAL/STATE CONTRACTS
AGREED TO BY JUST DETENTION
INTERNATIONALS POLICYMAKERS (MUST)
STATUTORILY MANDATE RESPECT
OF BOTH THE FEDERAL/STATE
CONSTITUTIONS IN GUARANTEEING
.28

* EQUAL ACCESS TO THESE SERVIC-
·ES
* EQUAL PROTECTIONS
* OPPORTUNITIES
· N ·
* ENJOYMENT
OF THESE FEDERALLY FUNDED
SERVICES
* EQUAL TREATMENT
· N ·
* SUBSTANTIAL DUE PROCESS
BEING ACCORDED BEFORE AN IMPAR-
·TIAL DECISIONMAKER PRIOR TO
PLAINTIFFS ARBITRARILY IMPOSED
UNREASONABLE (EXCLUSION).

(MOREOVER)

THIS ALLEGEDLY HEALTH · N · HUMAN
RIGHTS POLICY ORGANIZATION · N · ITS
AGENTS ARE USING PUBLIC RESOUR-
·CES TO EXACT POLITICAL REVENGE
ON ITS HISTORICAL ENEMIES
· N ·
PROCEED TO BREACH THE

* EXPLICIT GUARANTEE OF
ESSENTIAL (FAIRNESS),
.29

* THE IMPLIED COVENANT OF GOOD FAITH N FAIR DEALING, N OTHER (CONTRACTUAL) PROVISIONS CONTAINED IN THE STATE CONSTITUTIONS OF

* CALIFORNIA
    N

* MICHIGAN
    N

* DEPARTMENTAL POLICY DIRECTIVES N SPECIFIC GUARANTEES CITED THEREIN.

THE BREACHES IN THIS SPECIFIC CASE INCLUDES

* THE ORGANIZATIONS IMPOSING DISCIPLINE WITHOUT PROVIDING SUFFICIENT NOTICE,

* THE POLICY ORGANIZATIONS IMPOSING DISCIPLINE WITHOUT PROVIDING (REASONABLE) ACCESS TO THE (INVESTIGATIVE) (REPORTS), N OTHER MATERIAL USED AGAINST

* MEN
* ISLAMIST

.30

- UNTREATED HIV/AIDS PATIENTS
- BLACK MEN
- SOCIALIST
- ANTI-EUROPEAN SOCIAL PARIAHS
- AMERICANS WITH DISABILITIES
- EXCETRA
- THE POLICY ORGANIZATION IMPOS-ED DISCIPLINE WITHOUT CONDUCTING AN ADEQUATE INVESTIGATION, AND MOST IMPORTANTLY
- THE POLICY ORGANIZATION IMPOS-EGS DISCIPLINE WITHOUT CONDUCTING A FAIR HEARING.

## CLAIM # 15

DUST DETENTION INTERNATIONALS PERSONNEL ARE FACIALLY ENGAGED IN A FRAUDULENT SCHEME INCLUDING VARIOUS FORMS OF

- WIRE / FRAUD

AND

- FRAUDULENT SURVEILLANCE TO SELECTIVELY CHOSE UNDESIRABL-ES FOR PERSONAL PERSECUTION EMOTIONAL VENGEANCE AND SADISTIC

.31

PASS TIMES FUNDED BY THE
FEDERAL GOVERNMENT WITH PUBLIC
RESOURCES. N. PLAINTIFF IS SEEKING
A DECLARATION COMPELLING DUS
DETENTION INTERNATIONALS POLICYMAKE·
·TS TO HONOR ITS CONTRACTS. N. CEASE
IMPLIMENTING A

~~&~~ BACK CLOST PROGRAM
OF
~~&~~ (SELECTIVELY)

CHOUSING CERTAIN MEN TO PERSECUT·
·E AS A SECONDARY FRINGE BENEFIT
OF DOING IN THIS SPECIFIC
NONPROFIT BUSINESS.

CLAIM # 16


PLAINTIFF ALLEGES THAT IN ACCESI·
·ON TO ALL THESE STATE/FEDERAL
CONSTITUTIONAL VIOLATIONS, DUS
DETENTION INTERNATIONALS POLICYM·
·AKERS ·N· PERSONNEL HAVE UNREA·
·SONABLY PROCEEDED TO BREACH
ALL VITAL CONTRACTS TO VIOLATE
HIS RIGHTS BY.                    32

- Ruling
  - N.
- Engaging
in these massive adverse retalia-
tory measures (contrary) to
well-established federal law
through an unreasonable applicati-
on of such
- laws
- precedents
  - N.
- universally recognized funda-
amental inalienable entitlements.

Plaintiff is seeking a valid declara-
tion declaring just detention
internationals

- policies
- practices
  - N.
- procedures
unconstitutional as they facially
proceed to violate the following
federal provisions enacted by
Congress.

.33

The Americans with disabilities Act, 42 USCS § 12101 et seq, was enacted to provide a
★ clear
- N -
★ comprehensive
(National) (Mandate) for the Elimination of (discrimination) against individuals with disabilities. 42 USCS § 12101(b)(1).

Its First Three Titles proscribe discrimination against individuals with disabilities in

★ Employment - N - hiring Title - one,
★ Access to public services Title - Two,
- N -
★ Public accommodations Title - Three.

) Just Detention Internationals
Policymakers
State of Michigan
- N -
Michigan Department of Corrections

3+

ATE FACIALLY VIOLATING TITLES
ONE TWO N THREE IN RENDERING
ITS SERVICES UNAVAILABLE THROUGH

- ⊲ SYSTEMATICALLY COLLABORATED
- ⊲ FRAUDULENT PRACTICES
  · N ·
- ⊲ DECEPTION

While RECEIVING FEDERAL FUNDING.

ITS A FAMILIAR CANON OF

- ⊲ STATUTORY CONSTRUCTION

THAT (REMEDIAL) LEGISLATION (SHOULD)
BE CONSTRUED (BROADLY) TO
EFFECTUATE ITS PURPOSES.

HIV/AIDS PATIENTS (MUST) BE
ACCOMMODATED IN RECEIVING

- ⊲ INTENSIVE CASE MANAGEMENT
- ⊲ TRANSPORTATION
  · N ·
- ⊲ NUTRITION ALLOWANCES
  · N ·
- ⊲ ASSISTANCE IN ESTABLISHING .35

- N. MAINTAINING ELIGIBILITY FOR PUBLIC BENEFITS.

JUST DETENTION INTERNATIONALS POLICYMAKERS WELCOMED PLAINTIFF
- N. THEN EXPELLED PLAINTIFF ONCE PLAINTIFF STARTED TO FIGHT FIRE WITH FIRE TOWARDS THE ATTACKS DISTRIBUTED BY JUST DETENTION INTERNATIONALS

* POLICYMAKERS
    . N.
* PERSONNEL

AIMED AT PENALIZING PLAINTIFF OFF USING THE SOCALLED

* UNMONITORED
* PRIVATE
* UNCENSORED
* SAFE

FEDERALLY FUNDED SEXUAL ABUSE GRIEF HOTLINE.

CLAIM # 17

.36

Plaintiff Rightfully alleges that
both the Michigan California N.
Federal Constitutions protect
Persons from deprivations by
the Government of :

* life
* liberty
   or
* property

without due process of law.
Const 1963, article 1·17; United
States Constitution Article
XIV.

The United States Supreme
court has (determined) that
statutory entitlements to
benefits, such as those offe.
·red by the medicaid program,
also are appropriately treated
as a form of property
protected by the due proc.
·ess clause.

As long as a court can draw
the reasonable inference
that the defendant is

.37

liable for the misconduct (allege
·d)

c. Plaintiffs claim (MUST)
survive a motion to dismiss.

Neither
42 USCS & 1983
Title II of the Americans
with disabilities act,

Nor
Section 504 of the
Rehabilitation Act,
Contain an exhaustion (prerequi-
site).

claim # 18

A public entity (Shall) make
(Reasonable) modifications in

* policies
* practices
or
* procedures

when the modifications     .38

ARE NECESSARY TO AVOID DISCRIMI-
NATION ON THE BASIS OF
  * DISABILITY

UNLESS THE PUBLIC ENTITY CAN
DEMONSTRATE THAT MAKING THE
MODIFICATIONS (WOULD) FUNDAMENT-
ALLY ALTER THE NATURE OF THE
  * SERVICE
  * PROGRAM
    . OR.
  * ACTIVITY
28 CFR § 35.130(b)(7)(i).

(WOULD) IS A HIGHER THRESHOLD
THAN (COULD) UNDER THE STRICT
SCRUTINY ANALYSIS.


        CLAIM # 19


PLAINTIFF ALLEGES THAT UNJUSTI-
FIED (ISOLATION) IS PROPERLY
REGARDED AS
  " DISCRIMINATION "                    . 39

BASED ON "DISABILITY".

· N ·

JUST DETENTION INTERNATIONAL
PROCEEDS TO DISTRIBUTE ITS
SERVICES IN A FACIALLY
DISCRIMINATORY FRAMEWORK.

THIS CONDUCT VIOLATES THE
RICO ACT 18 USC 1961-1965
THE ORGANIZED CRIME ACT OF
1976

· N ·

PLAINTIFF IS REQUESTING TREBLE
DAMAGES

DECLARATIONS
REMEDIAL ORDERS

· N ·

A PERMANENT INJUNCTION
DESTABILIZING THIS FACIALLY DISCRIM-
·INATORY STATE / FEDERALLY FUNDED
CORRUPT ENTERPRISE.

RESPECTFULLY REPRESENTED

BY

SIGNED
BY

Islamic Ali
Antrell V. Brown

Date
: 4-17-2020

- Certificate of Service -

I plaintiff Antrell Vonicque
Brown Islamic Ali War crimes
Victim # 367927

hereby certify that the
following Supplemental Motions
Raising Additional claims
against

Just Detention International
State of Michigan
·N·
Michigan Dept of Corrections
et., al..

Declarations
Federal Remedial orders
·N·
A Permanent Injunction

.41

DESTABILIZING THIS FACIALLY DISCRIMINATORY FEDERALLY FUNDED CORRUPT ENTERPRISE 1st CLASS MAIL ON 4.17.2020 TO THE FEDERAL DISTRICT COURT IN CALIFORNIA ATTACHED TO AN OFFICIAL COMPLAINT ENCLOSED HEREIN.

PRO
SE
PLAINTIFF
ANTRELL VONIQUE BROWN
ISLAMIC ALI
WAR CRIMES VICTIM # 367929
MACOMB CONCENTRATION CAMP
34625 26MILE RD
LENOX TOWNSHIP, MI
48048

DATED
: 4.17.2020

CONCLUSION                              42

ISLAMIC ALI
ANTREL MONIQUE BROWN #367927
MACOMB CONCENTRATION CAMP
34625 26 MILE RD
KNOX TOWNSHIP, MI
48048



UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
CALIFORNIA
OFFICE OF THE CLE
501 I STREET #4.
SACTAMENTO, CA



UNITED STATES
POSTAL SERVICE®

USPS TRACKING #