UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTRELL VONIQUE BROWN,

                    Plaintiff,

v.

JUST DETENTION INTERNATIONAL et al.,

                    Defendants.
_____/

Case No. 1:20-cv-469

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Washington and Carlson will be **DISMISSED WITHOUT PREJUDICE** as improperly joined under Rule 21 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 10, 2020                /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge